UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BEA FARMER,** Individually and as the Personal Representative of the Estate of Thurman Denton Farmer, | CASE NO.: C-06-2605 CRB |
| **DEBBIE JACKSON,** Individually and as the Personal Representative of the Estate of Thomas W. Jackson | MDL Docket No. 1699 |
| Plaintiffs, v. | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| PFIZER, INC.,  Serve: Registered Agent       CT Corporation       818 West 7th Street       Los Angeles, CA 90017 | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs Bea Farmer individually and as the Personal Representative of the Estate of Thurman Denton Farmer and Debbie Jackson individually and as the Personal Representative Of the Estate of Thomas W. Jackson move to dismiss this case without prejudice. The Plaintiffs have filed the dismissal motion prior to service by the Defendants of an answer. Therefore the dismissal without prejudice is granted. The parties will bear their own costs and fees in this matter.

AND IT IS ORDERED.

Dated: June 21, 2006



IT IS SO ORDERED
Judge Charles R. Breyer