Frank Woodson
Navan Ward
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
|---|---|
| This Document Relates To:<br><br>*William Randolph Hall, Sr. vs. Pfizer Inc, et al.* (06-2273 CRB)<br><br>*Roger Harper vs. Pfizer Inc, et al.* (06-6023 CRB)<br><br>*Sandra Hawkins, et al. vs. Pfizer Inc, et al.* (07-2218 CRB)<br><br>*Leon Hendrix vs. Pfizer Inc, et al.* (08-0704 CRB)<br><br>*Tom Hilaman (FL), et al. vs. Pfizer Inc, et al.* (07-4383 CRB)<br><br>*Charles Lee Holmes vs. Pfizer Inc, et al.* (06-4211 CRB)<br><br>*Bruce Holzwarth vs. Pfizer Inc, et al.* (07-3035 CRB)<br><br>*David E. Huard vs. Pfizer Inc, et al.* (08-0796 CRB)<br><br>*Clifford Jackson vs. Pfizer Inc, et al.* (06-5042 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

*Debbie Jackson, et al. vs. Pfizer Inc, et al.*
(06-2605 CRB)

*Ozzie Jackson vs. Pfizer Inc, et al.*
(06-2274 CRB)

*Ronald Jacoby vs. Pfizer Inc, et al.*
(07-4689 CRB)

*Kathy Jewell vs. Pfizer Inc, et al.*
(07-1355 CRB)

*Dorothy Johnson vs. Pfizer Inc, et al.*
(06-5039 CRB)

*Billie Jean Johnstone vs. G.D. Searle LLC, et al.*
(07-4549 CRB)

*John R. Jones vs. Pfizer Inc, et al.*
(06-3899 CRB)

*Sylvester Jones vs. G.D. Searle LLC, et al.*
(07-4550 CRB)

*Robert K. Kiser II vs. Pfizer Inc, et al.*
(06-4104 CRB)

*Frank Klinger vs. G.D. Searle LLC, et al.*
(05-4739 CRB)

*Alberta A. Kreitzer vs. Pfizer Inc, et al.*
(08-2149 CRB)

*Vasudev Kulkarni vs. Pfizer Inc, et al.*
(07-1528 CRB)

*Bertha R. Lacy vs. Pfizer Inc, et al.*
(06-7383 CRB)

*Jackie Lancaster (MS), et al. vs. Pfizer Inc, et al.*
(08-1856 CRB)

*Thomas Lauer vs. Pfizer Inc, et al.*
(08-2854 CRB)

*Barbara Laver vs. Pfizer Inc, et al.*
(08-3705 CRB)

*Kenneth Prouty, et al. vs. Pfizer Inc, et al.*
(06-7631 CRB)

*Vickie L. Lewis vs. Pfizer Inc, et al.*
(06-4284 CRB)

*Robert L. Lippincott vs. Pfizer Inc, et al.*
(07-5018 CRB)

*John Scarcliff vs. G.D. Searle LLC, et al.*
(05-4454 CRB)

*Norma Matthias vs. Pfizer Inc, et al.*
(06-7632 CRB)

*Elise Mayes vs. Pfizer Inc, et al.*
(08-3702 CRB)

*William D. McCluskey vs. Merck & Co. Inc, et al.*
(07-3342 CRB)

*Phyllis McCord vs. G.D. Searle LLC, et al.*
(05-4738 CRB)

*Barbara Dyer, et al. vs. Pfizer Inc, et al.*
(07-1317 CRB)

*Vince Mejer vs. Pfizer Inc, et al.*
(07-0237 CRB)

*James Byron McVay vs. Pfizer Inc, et al.*
(07-0861 CRB)

*Alfred Melton vs. Pfizer Inc, et al.*
(06-2745 CRB)

*Richard McNabb, et al. vs. Pfizer Inc, et al.*
(07-6450 CRB)

*Wilmer Merriweather vs. G.D. Searle LLC, et al.*
(05-4452 CRB)

*Rhoda Messer, et al. vs. Pfizer Inc, et al.*
(06-6588 CRB)

*Ronald Miller vs. Pfizer Inc, et al.*
(09-0892 CRB)

*Linda Mirza vs. Pfizer Inc, et al.*
(06-3818 CRB)

*Carolyn Montiforte vs. Pfizer Inc, et al.*
(07-4735 CRB)

*Henry C. Morris vs. Pfizer Inc, et al.*
(06-3686 CRB)

*Cynthia H. Mullis, et al. vs. Pfizer Inc, et al.*

(09-0891 CRB)

*Patsy Murry, et al. vs. Pfizer Inc, et al.*
(06-7438 CRB)

*Ed Narke vs. Pfizer Inc, et al.*
(08-0260 CRB)

*Dian C. Neal vs. Pfizer Inc, et al.*
(06-3900 CRB)

*Rosa M. Nelson vs. Pfizer Inc, et al.*
(06-2275 CRB)

*Cliff Norwood vs. G.D. Searle LLC, et al.*
(05-4451 CRB)

*Floyd Odom vs. Pfizer Inc, et al.*
(07-5885 CRB)

*Joan J. Opel vs. Pfizer Inc, et al.*
(07-4372 CRB)

*Mary Osteen vs. Pfizer Inc, et al.*
(06-6928 CRB)

*Elvis Owens, et al. vs. Pfizer Inc, et al.*
(06-5002 CRB)

*James Curtis Owens vs. Pfizer Inc, et al.*
(06-1669 CRB)

*Marvin Palmer vs. Pfizer Inc, et al.*
(06-6499 CRB)

*Albert Pearson vs. G.D. Searle LLC, et al.*
(05-4455 CRB)

*R.V. Perkins vs. Pfizer Inc, et al.*
(08-3699 CRB)

*Jo Anne Pierce vs. G.D. Searle LLC, et al.*
(05-4492 CRB)

*Kirk Redenius vs. Pfizer Inc, et al.*
(06-4901 CRB)

*Linda Redinger vs. Pfizer Inc, et al.*
(07-0454 CRB)

*Tammy L. Ribble vs. Pfizer Inc, et al.*
(06-7283 CRB)

*Zelma Riffle, et al. vs. Pfizer Inc, et al.*
(06-6114 CRB)

*Tracy Ring vs. G.D. Searle LLC, et al.*
(06-0733 CRB)

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 10.16, 2009 By: [signature]

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

DATED: Oct. 19, 2009 By: [signature]

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 10/22/2009

[signature]
Hon. Charles R. Breyer
United States District Court